UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH THOMPSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-2329** |
| **WARDEN, WINN CORRECTIONAL CENTER, ON BEHALF OF CRIMINAL DISTRICT COURT FOR ORLEANS PARISH** | **SECTION "J"(2)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Kenneth Thompson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this __5th__ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE